UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jametria Mays,<br><br>                 Plaintiff(s),<br>vs.<br><br>Powder Coating Plus, Inc, et al.,<br><br>                 Defendant(s). | Case No. 2:24-cv-00234-JAD-MDC<br><br>**Order**<br><br>**And**<br><br>**Report and recommendation for dismissal of certain claims** |

The Court previously granted pro se plaintiff Jametria Mays's application to proceed in forma pauperis. ECF No. 5. The Court ordered that plaintiff's claims for sexual harassment, hostile work environment, FMLA claim, and racial discrimination were dismissed without prejudice with leave to amend. *Id.* The Court ordered that if plaintiff did not file an amended complaint, she would proceed on her single claim of retaliation only. *Id.* Plaintiff has not filed an amended complaint and her time to do so has passed.

For the reasons discussed in the Court's earlier screening order (ECF No. 5), plaintiff's claims for sexual harassment, hostile work environment, FMLA claim, and racial discrimination should be dismissed. Plaintiff will not be prejudiced because she has an opportunity to object to this report and recommendation. Plaintiff shall proceed on her single claim of retaliation only.

ACCORDINGLY,

The Court RECOMMENDS that plaintiff's claims for sexual harassment, hostile work environment, FMLA claim, and racial discrimination should be DISMISSED.

The Court ORDERS that plaintiff shall proceed with her single claim of retaliation only.

The Court FURTHER ORDERS that the Clerk of Court shall issue summons to Powder Coating Plus, Inc.

The Court FURTHER ORDERS that plaintiff Jametria Mays shall serve copies of her Complaint and summons upon Powder Coating Plus, Inc. by no later than **August 25, 2024**.

The Court FURTHER ORDERS that plaintiff Jametria Mays shall familiarize herself with the Rules of Civil Procedure and the Local Rules regarding service of process and next steps to prosecute this case.

### NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

It is so recommended and ordered.

Dated this 16th day of May 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge